IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHRISTOPHER TAYLOR,<br>　　　　Plaintiff,<br><br>V.<br><br>SOCIAL SECURITY OFFICE, ET AL.,<br>　　　　Defendants. | §<br>§<br>§<br>§<br>§　　No. 3:05-CV-2089-P<br>§<br>§ |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

Signed this 19th day of July 2006.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JORGE A. SOLIS
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE